People v Camacho (2021 NY Slip Op 50082(U))

[*1]

People v Camacho (Juan)

2021 NY Slip Op 50082(U) [70 Misc 3d 138(A)]

Decided on February 5, 2021

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on February 5, 2021
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : MICHELLE WESTON, J.P., DAVID ELLIOT, WAVNY TOUSSAINT, JJ

2019-234 Q CR

The People of the State of New York,
Respondent,
against
Juan Camacho, Appellant. 

Martin Geoffrey Goldberg, for appellant.
Queens County District Attorney (John M. Castellano and Johnnette Traill of counsel), for
respondent.

Appeal from a judgment of the Criminal Court of the City of New York, Queens County
(Michelle Johnson, J.), dated January 9, 2019. The judgment convicted defendant, upon his plea
of guilty, of false personation, and imposed sentence. Assigned counsel has submitted a brief in
accordance with Anders v California (386 US 738 [1967]), seeking leave to withdraw as
counsel.

ORDERED that the judgment of conviction is affirmed.
We are satisfied with the sufficiency of the brief filed by defendant's assigned counsel
pursuant to Anders v California (386 US 738 [1967]), and, upon an independent review
of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal.
Counsel's application for leave to withdraw as counsel is, therefore, granted (see id.;
People v Murray, 169 AD3d 227 [2019]; Matter of Giovanni S. [Jasmin A.], 89
AD3d 252 [2011]; People v Paige, 54 AD2d 631 [1976]; cf. People v Gonzalez,
47 NY2d 606 [1979]).
WESTON, J.P., ELLIOT and TOUSSAINT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: February 5, 2021